JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Reggio Antonio Pratt,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Michael Palmer; United States of America; United States Department of Justice; Federal Bureau of Investigation; et al.<br><br>　　　　Defendants. | Case No. 2:24-cv-00374-ART-BNW<br><br>**Stipulation and Order to Extend Time to File a Response**<br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff and the Federal Defendants, through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed his complaint on February 23, 2024. ECF No. 1.

Plaintiff served Federal Defendants with a copy of the Summons and Complaint on March 25, 2024. ECF Nos. 7-10.

The current deadline for Federal Defendants to respond to Plaintiff's Complaint is May 24, 2024.

On May 16, 2024, counsel for Plaintiff and Federal Defendants agreed to a 45-day extension of time for Federal Defendant to retrieve the information needed to review and to respond to the allegations in Plaintiff's Complaint.

     Accordingly, the parties, through undersigned counsel, submit this stipulation to a 45-day extension from May 24, 2024, to July 8, 2024, for Federal Defendants to file a response to the Complaint. This is the first request for an extension of time.

     This stipulated request is filed in good faith and not for the purposes of undue delay.

     Respectfully submitted this 16th day of May 2024.

| | |
|---|---|
| HALE INJURY LAW | JASON M. FRIERSON<br>United States Attorney |
| LEILA L. HALE, ESQ<br>Nevada Bar No. 7368 | Nevada Bar No. 7709 |
| */s/ Christian N. Griffin*<br>CHRISTIAN N. GRIFFIN, ESQ.<br>Nevada Bar No. 10601<br>1661 W. Horizon Ridge Parkway, Ste 200<br>Henderson, Nevada 89012 | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar No. 12504<br>501 S. Las Vegas Blvd., Ste 1100<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for the Federal Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  May 17, 2024