# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Reggio Antonio Pratt,<br><br>      Plaintiff,<br><br>      v.<br><br>Michael Palmer; United States of America; United States Department of Justice; Federal Bureau of Investigation; et al.<br><br>      Defendants. | Case No. 2:24-cv-00374-ART-BNW<br><br>**ORDER GRANTING**<br><br>**Stipulation of the Parties Agreeing to Dismiss Certain Causes of Action and Certain Portions in the Plaintiff's Complaint** |

      Plaintiff Reggio Antonio Pratt and Federal Defendants Michael Palmer (Mr. Palmer), United States of America (United States), United States Department of Justice (USDOJ), and Federal Bureau of Investigation (FBI), through their undersigned counsel, hereby stipulate and agree as follows:

      Plaintiff stipulates to the dismissal of improperly named defendants Michael Palmer, United States Department of Justice, and Federal Bureau of Investigation from his Complaint. ECF No. 1.

      Plaintiff stipulates to the dismissal of the second cause of action for negligence *per se* against Mr. Palmer.

      Plaintiff stipulates to the dismissal of the third cause of action for negligent supervision, training, hiring and retention against the United States, USDOJ, and FBI.

      Plaintiff stipulates to the dismissal of his prayer for attorney's fees and any demand for jury trial from his Complaint.

This stipulation is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 7th day of August 2024.

| | |
|---|---|
| HALE INJURY LAW | JASON M. FRIERSON<br>United States Attorney |
| /s/ *Christian N. Griffin, Esq.*<br>CHRISTIAN N. GRIFFIN, ESQ.<br>Nevada Bar No. 10601<br>1661 W. Horizon Ridge Parkway, Ste 200<br>Henderson, Nevada 89012 | /s/ *Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>501 S. Las Vegas Blvd., Ste 1100<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for the Federal Defendants* |

**IT IS SO ORDERED:**

_____
Anne R. Traum
United States District Judge

DATED: August 8, 2024

2