**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REGGIE ANTONIO PRATT, an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MICHAEL PALMER, individually and in his official capacity; THE UNITED STATES OF AMERICA, a sovereign governmental entity; UNITED STATES DEPARTMENT OF JUSTICE, a governmental agency under the United States; FEDERAL BUREAU OF INVESTIGATION, a governmental agency under the United States; KEVIN ALEXANDER HERNANDEZ ARENAS, individually; RAUL FERNANDEZ-GARCIA, individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　PLAINTIFFS. | CASE NO.:  2:24-cv-00374-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS AGAINST ALL DEFENDANTS** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff REGGIE ANTONIO PRATT, individually ("Plaintiff"), by and through his attorney of record, Leila L. Hale, Esq., and Brandon C. Verde, Esq., LL.M., of the law firm HALE INJURY LAW, and Defendant UNITED STATES OF AMERICA (hereinafter "United States"), by and through its attorneys of record, Virgina T.

1

Tomova, Esq., for the United States of America, and Defendants KEVIN ALEXANDER HERNANDEZ ARENAS, and RAUL FERNANDEZ-GARCIA (Collectively "ARENAS AND FERNANDEZ-GARCIA") hereby stipulate and agree that the above referenced matter may be DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees.

It is further stipulated by the parties that any jury fees deposited with the Court may be returned to the respective filing party.

DATED this 25th day of September 2025.

**IT IS SO STIPULATED.**

| | |
|---|---|
| **HALE INJURY LAW** | **ANDERTON & ASSOCIATES** |
| */s/ Brandon C. Verde* | */s/ Latisha O'Neal* |
| LEILA L. HALE, ESQ. | LATISHA O'NEAL, ESQ. |
| Nevada Bar No. 7368 | Nevada Bar No. 15314 |
| BRANDON C. VERDE, ESQ., LL.M. | 201 S. Las Vegas Blvd., Suite 200 |
| Nevada Bar No. 14638 | Las Vegas, Nevada 89101 |
| 1661 W. Horizon Ridge Parkway, Suite 200 | *Attorneys for Defendants,* |
| Henderson, Nevada 89012 | *Kevin Alexander Hernandez Arenas, and* |
| *Attorneys for Plaintiff* | *Raul Fernandez-Garcia* |

**SIGAL CHATTAH**
**Acting United States Attorney**

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA, ESQ.
Nevada Bar No. 12504
Assistant United States Attorney
501 S. Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
*Attorneys for Defendant,*
*United States of America*

*Pratt v. The United States of America, et al.*
*Case Number:* 2:24-cv-00374-ART-BNW

### ORDER

The Court having reviewed and considered the Stipulation by the parties, and good cause appearing therefore, HEREBY ORDERS that the above referenced matter by **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

**IT IS FURTHER ORDERED** that any jury fees deposited with the Court may be returned to the respective party.

**IT IS SO ORDERED.**

Dated this 26th day of September 2025.

_____
Anne R. Traum
United States District Judge